**FILED**

9/23/2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
     DEPUTY

AUSA Galdo

# United States District Court

For the Western District of Texas

Austin Division

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | Case Number: **1:19-MJ-587-SH** |
| **Gabino Barrera-Lopez** | § | |
| **Aka: Nathan Francisco Barrera, Migel** | § | |
| **Hernandes-Mora, Felipe Castro-Garcia** | § | |
| **& Gabino Varrera-Lopez** | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **December 20, 2018**, in the county of **Burnet**, in the Western District of Texas, the defendant, **Gabino Barrera-Lopez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **December 20, 2018**, the defendant, an alien, was found in the Burnet County jail, Burnet, Texas, with in the Western District of Texas. A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **December 10, 2012**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

September 23, 2019                                          Austin, Texas
_____     at     _____
Date                                                              City and State

Susan Hightower
United States Magistrate Judge

_____            _____
Name & Title of Judicial Officer                    Signature of Judicial Officer